NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CLOSED**

|  |  |
|---|---|
| PETER MOCCO, LORRAINE MOCCO and FIRST CONNECTICUT HOLDING GROUP LLC, IV, | Hon. Dennis M. Cavanaugh |
| Plaintiffs, | ORDER |
| v. | Civil Action No. 12-cv-1458 (DMC)(JAD) |
| AEGIS FRUMENTO and CHICAGO TITLE INSURANCE COMPANY, |  |
| Defendants. |  |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>

This matter having come matter having come before the Court upon the separate Motions of Defendants Aegis Frumento and Chicago Title Insurance Company to Dismiss the Complaint pursuant to Plaintiffs Peter Mocco, Lorainne Mocco, and First Connecticut Holding Group LLC, IVAFI Food Service, LLC's Motion for Summary Judgement; and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this 29 day of November, 2011;

**ORDERED** that Defendant Chicago Title Insurance Company's Motion to Dismiss the Complaint (ECF No. 13) is **granted with prejudice;** and it is further

**ORDERED** that Defendant Aegis Frumento's Motion to Dismiss the Complaint (ECF No. 14) is **granted with prejudice.**

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Honorable Joseph Dickson, U.S.M.J.