UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **PETER MOCCO, LORRAINE MOCCO, and FIRST CONNECTICUT HOLDING GROUP LLC, IV,** | : : : : : | **Civil Action No. 12-1458 (ES) (JAD)** |
| **Plaintiffs,** | : : | **ORDER** |
| **v.** | : : | |
| **AEGIS FRUMENTO and CHICAGO TITLE INSURANCE COMPANY,** | : : : | |
| **Defendants.** | : : | |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court by Defendants Aegis Frumento's ("Frumento")

and Chicago Title's ("CT") (collectively, "Defendants") motions to dismiss Plaintiff's Complaint

(D.E. Nos. 65 & 71); and, on April 14, 2016, the Honorable Joseph A. Dickson, U.S.M.J., having

issued a Report and Recommendation (the "R & R") that the undersigned stay or administratively

terminate this case pending resolution of related, consolidated maters currently proceeding in the

New Jersey Superior Court (the "State Court Matters") and then dismiss this case with prejudice

upon the conclusion of the State Court Matters as a sanction for Plaintiffs' previous violation of

New Jersey Court Rule 4:5-1(b)(2); and, on April 28, 2016, Plaintiffs having timely filed

objections to the R & R; and as set forth in the Court's accompanying Opinion and for other good

cause shown,

**IT IS** on this 23rd day of December 2016,

**ORDERED** that the R & R is ADOPTED in relevant part; and it is further

**ORDERED** that Defendants' motions to dismiss (D.E. Nos. 65 & 71) are GRANTED; and it is further

**ORDERED** that Defendants' alternative motions to dismiss (D.E. Nos. 68 & 74) and Plaintiffs' motion for leave to file an amended complaint (D.E. No. 60) are DENIED as MOOT; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed *with prejudice*; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter CLOSED.

<u>s/Esther Salas</u>
**Esther Salas, U.S.D.J.**